IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TODD L. SAUNDERS<br><br>　　　　Defendant. | Case No. 3:12-cv-00045- SLG |

## CONSENT JUDGMENT

THIS CAUSE has come before the Court upon consent and stipulation of the parties herein for entry of Judgment in the amount as stated in the complaint, and upon the terms and conditions set forth by stipulation. Upon motion and affidavit by plaintiff for entry of Consent Judgment, it is herewith,

ORDERED AND ADJUDGED by the Court that consent judgment is hereby awarded in favor of plaintiff, United States of America, and against defendant, Todd L. Saunders, as follows:

1. Judgment shall include the following amounts:

| | |
|---|---|
| Original Principal: | $74,912.94 |
| Capitalized interest: | $46,899.16 |
| Pre-judgment interest: | $26,580.29 |

　　(calculated at 8.25%, $27.53 per day, through May 21st , 2012)

| | |
|---|---|
| **TOTAL JUDGMENT:** | **$148,392.39** |

2. Post-judgment interest shall accrue on the total amounts awarded above at the rate of 0.20% per annum, compounded annually, as provided by 28 U.S.C. § 1961, from date of entry of judgment until the debt is paid in full or otherwise satisfied.

3. Plaintiff is to stay execution of this judgment as long as defendant is in compliance with the terms and conditions as set forth in the Stipulation for Consent Judgment, attached and incorporated herein.

DATED this 21st day of May, 2012.

/s/ Sharon L. Gleason
U.S. DISTRICT COURT JUDGE

3:12-cv-00045, U.S. vs. Saunders
Consent Judgment                                   2

Case 3:12-cv-00045-SLG   Document 6   Filed 05/22/12   Page 2 of 2